UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
FREDDIE LEE SOLOMON

CASE NO. 3:09-bk-04521-PMG
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR, U.S. BANK, N.A.

This case is before the Court on the Motion for Relief from the Automatic Stay filed by Movant, U.S. BANK, N.A., on July 21, 2009 Docket No 13. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted, it is ORDERED:

1. U.S. BANK, N.A.'s Motion for Relief from Automatic Stay is granted, and

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant, and it may proceed with foreclosure on its lien on the following property:

**LOT 6, BLOCK 3, GREENWOOD ESTATES UNIT THREE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 16, PAGES 39 THROUGH 40, OF THE PUBLIC RECORDS OF CLAY COUNTY, FLORIDA**

**a/k/a 1645 RHONDA DR, MIDDLEBURG, FL 32068**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. Debtor(s) are required to pay Secured Movant's attorneys' fees and costs in the amount of $550.00 incurred in filing this Motion.

DONE AND ORDERED at JACKSONVILLE, Florida, August 6, 2009.

PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies furnished to:

DOUGLAS C. ZAHM, ESQUIRE
18820 U.S. Hwy. 19 North, Suite 212
Clearwater, FL 33764

FREDDIE L SOLOMON
1865 WELLS ROAD
APT 219
ORANGE PARK, FL 32073

NANCY A DRAUGHON, ESQUIRE
Bankruptcy Law Firm of Lansing J. Roy, PA
PO Box 10399
Jacksonville, FL 32247

CH 7 TRUSTEE DOREEN R. ABBOTT
PO Box 56257
Jacksonville, FL 32241

JACKSONVILLE DIVISIONS
United States Trustee - JAX7, 7
135 W. Central Blvd., Suite 620
Orlando, FL 32801